**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| REGINA D. MILLER,<br><br>               Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORP., *et al.*,<br><br>               Defendants. | Case No. 3:25-CV-00599<br><br>**Chief Judge William L. Campbell, Jr.**<br><br>**Magistrate Judge Barbara D. Holmes** |

**DEFENDANT DOLLAR GENERAL CORPORATION'S MOTION TO DISMISS
PLAINTIFF'S ERISA § 502(a)(2) CLAIMS AND TO COMPEL PLAINTIFF'S
<u>REMAINING CLAIMS INTO INDIVIDUAL ARBITRATION</u>**

Defendant Dollar General Corporation moves this Court to enter an order dismissing Plaintiff's ERISA § 502(a)(2) claims for failure to state a plausible claim for which relief can be granted and to compel Plaintiff's remaining claims into individual arbitration. In support of its Motion, Defendant relies on its contemporaneously filed Memorandum of Law.

Defendant further submits that oral argument would be beneficial to the Court in addressing the issues raised in this Motion. Defendant accordingly requests that the Motion be set for a hearing at the Court's convenience at the close of briefing.

Dated: October 1, 2025               Respectfully submitted:

                                      */s/ Todd D. Wozniak*
                                        Stanley E. Graham (TN Bar No. 019788)
                                        HOLLAND & KNIGHT LLP
                                        511 Union Street, Suite 2700
                                        Nashville, TN 37219
                                        Tel:   615-244-6380
                                        Fax:   615-244-6804
                                        stan.graham@hklaw.com

1

Lindsey R. Camp, Esq. (admitted *PHV*)
HOLLAND & KNIGHT LLP
777 South Flagler Drive, Suite 1900, West Tower
West Palm Beach, Florida 33401
Tel:     561-833-2000
Fax:     561-650-8399
lindsey.camp@hklaw.com

Todd D. Wozniak, Esq. (admitted *PHV*)
HOLLAND & KNIGHT LLP
1180 West Peachtree Street NW, Suite 1800
Atlanta, GA 30309
Tel:     404-817-8500
Fax:     404-881-0470
todd.wozniak@hklaw.com

*Counsel for Defendant Dollar General Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2025, a true and correct copy of the foregoing has been

served via the Court's CM/ECF system upon:

Kimberly Dodson, Esq.
Oren Faircloth, Esq.
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
kdodson@sirillp.com
ofaircloth@sirillp.com

R. Scott Pietrowski
Siri & Glimstad LLP
4780 I-55 North, Suite 100
Jackson, MS 39211
spietrowski@sirillp.com

*Attorneys for Plaintiff*

*/s/ Todd D. Wozniak*