# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **REGINA D. MILLER,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-00599** |
| **v.** | ) | |
| | ) | **Chief Judge Campbell** |
| **DOLLAR GENERAL CORP.**, *et al.*, | ) | **Magistrate Judge Holmes** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 32]

Defendants submit this Third Notice of Supplemental Authority to advise the Court of the

U.S. District Court for the Northern District of Ohio's opinion in *Greene v. Progressive Corp*., No.

1:24-CV-01890, 2026 WL 785004 (N.D. Ohio Mar. 20, 2026), in which the district court granted

the defendant's motion to dismiss claims similar to those asserted by Plaintiff here.  A copy of the

decision is attached as **Exhibit A**.

Respectfully submitted:


*s/ Marcus M. Crider*
Marcus M. Crider (TN Bar No. 018608)
HOLLAND & KNIGHT, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
(615) 850-8067
(615) 244-6804 (facsimile)
Marcus.Crider@hklaw.com

Lindsey R. Camp, Esq. (admitted *PHV*)
HOLLAND & KNIGHT LLP
777 South Flagler Drive, Suite 1900, West Tower
West Palm Beach, Florida 33401
Tel:     561-833-2000
Fax:     561-650-8399
lindsey.camp@hklaw.com

Todd D. Wozniak, Esq. (admitted *PHV*)
HOLLAND & KNIGHT LLP
1180 West Peachtree Street NW, Suite 1800
Atlanta, GA 30309
Tel:     404-817-8500
Fax:     404-881-0470
todd.wozniak@hklaw.com

*Counsel for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's

CM/ECF system upon:

Oren Faircloth, Esq.
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
ofaircloth@sirillp.com

R. Scott Pietrowski, Esq.
Siri & Glimstad LLP
4780 I-55 North, Suite 100
Jackson, MS 39211
spietrowski@sirillp.com

William Hancock Payne, IV, Esq.
Siri & Glimstad LLP
8 Campus Drive
Suite 105 PMB#161
Parsippany, NJ 07054
wpayne@sirillp.com

*Attorneys for Plaintiff*

on this the 26th day of March, 2026.

*/s/ Marcus Crider*