# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

REGINA D. MILLER, on behalf of
herself and all others similarly situated,

**Plaintiff,**

vs.

DOLLAR GENERAL CORP., *et al.*,

**Defendants.**

Civil Action No. 3:25-cv-00599

Chief Judge Campbell
Magistrate Judge Holmes

## <u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiff Regina D. Miller, on behalf of herself and all others similarly situated, through counsel, respectfully submits this Notice of Supplemental Authority to direct the Court's attention to the recent Opinion in *Trout v. Meijer, Inc.*, No. 1:25-cv-1378-HYJ-SJB (W.D. Mich. Apr. 23, 2026) (attached hereto as **Exhibit A**).

In *Trout*, Chief Judge Jarbou found that 42 U.S.C. § 300gg-4(j)(3)(E)'s notice requirements are triggered when plan materials "(1) specify the price of the surcharge, (2) explain the certification process, and (3) note the alternative standard (the tobacco cessation program) and the possibility of a refund" because that is "extensive enough to qualify as 'description'" under the statute. This authority is directly pertinent to the issues presented in this case and supports

1

Plaintiff's position that Defendants' Plan materials failed to comply with the physician-accommodation disclosure requirement.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Oren Faircloth*
Oren Faircloth, Esq. (*pro hac vice)*
SIRI & GLIMSTAD LLP
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Telephone: (929) 677-5181
Facsimile: 646-417-5967
Email: ofaircloth@sirillp.com

*Attorneys for Plaintiff and the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, I caused to be filed a true and correct copy of the foregoing documents with the clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 24, 2026                    Respectfully submitted,

                                        */s/ Oren Faircloth*
                                        Oren Faircloth, Esq.

3